JS-6

**Gordon & Rees LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON HARDY,<br><br>               Plaintiff,<br><br>  vs.<br><br>AETNA LIFE INSURANCE COMPANY; THE BOEING COMPANY GROUP BENEFITS PLAN,<br><br>               Defendants. | CASE NO. ED CV 13-00552 VAP (OPx)<br>*Judge Virginia A. Phillips*<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the Joint Stipulation for Dismissal of Entire Action With Prejudice by and between Plaintiff Solomon Hardy and Defendants Aetna Life Insurance Company and The Boeing Company Employee Health and Welfare Benefit Plan's Long-Term Disability Plan erroneously sued as the Boeing Company Group Benefits Plan , the Court orders the entire action dismissed with

/ / /

/ / /

/ / /

/ / /

prejudice, each party to bear their own costs and attorneys fees.

IT IS SO ORDERED.

Dated: October 30, 2013

_____
United States District Judge

RONALD K. ALBERTS (SBN: 100017)
MICHELLE L. STEINHARDT (SBN: 235149)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071
Telephone:  (213) 576-5000
Facsimile:  (213) 680-4470
Email:  ralberts@gordonrees.com
msteinhardt@gordonrees.com

Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY AND THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN'S LONG-TERM DISABILITY PLAN erroneously sued as THE BOEING COMPANY GROUP BENEFITS PLAN

CORINNE CHANDLER  (SBN 111423)
BRENT BREHM (SBN 248983)
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA  91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272
cchandler@kantorlaw.net
bbrehm@kantorlaw.net

Attorneys for Plaintiff
SOLOMON HARDY

[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE